# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 3:18-cr-0321 |
| vs. | * | JUDGE TERRY A. DOUGHTY |
| DERRICK ANTONIO HALL | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Derrick Antonio Hall's Motion to Suppress [Doc. No. 29] is **DENIED**.

Monroe, Louisiana, this 30th day of April, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**