# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 3:18-cr-0321 |
| vs. | * | JUDGE TERRY A. DOUGHTY |
| DERRICK ANTONIO HALL | * | MAG. JUDGE KAREN L. HAYES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case, the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000), hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

Monroe, Louisiana, this 12th day of December, 2019.

                                                                                              _____
                                                                                              TERRY A. DOUGHTY
                                                                                              UNITED STATES DISTRICT JUDGE