# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:18-CR-00321-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK ANTONIO HALL (01)** | **MAGISTRATE JUDGE HAYES** |

## ORDER

Pending here is Defendant Antonio Hall's ("Hall") *pro se* Motion for Reconsideration to Appoint Defendant a Counsel [Doc. No. 136]. Hall requests that the Court reconsider its Order [Doc. No. 135] denying Hall's Motion for the Appointment of Counsel [Doc. No. 134].

While there is no motion for reconsideration *per se,* there is a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc.*, 367 F.3d 473, 478-79 (5thCir. 2004) (citations and internal quotation marks omitted). Hall disagrees with the Court's determination in its prior Order [Doc. No. 135]; however, the Court has previously considered and rejected Hall's arguments and finds no reason to alter or amend its Order. Accordingly,

**IT IS ORDERED** that Hall's *pro se* Motion for Reconsideration to Appoint Defendant Counsel [Doc. No. 136] is **DENIED**.

MONROE, LOUISIANA, this 12th day of September 2022.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**